**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00041-CV**

_____

**TERRY HOYT, DOWELL ARMORY, LLC, AND JAMES MICHAEL DOWELL, AS INDEPENDENT EXECUTOR OF THE ESTATE OF KEVEN DOWELL, Appellants**

**V.**

**SHOOTER'S STATION ARMS, INC., Appellee**

_____

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 20-03-03005-CV**

_____

**MEMORANDUM OPINION**

Terry Hoyt, Dowell Armory, LLC, and James Michael Dowell, as Independent Executor of The Estate of Keven Dowell, Appellants, filed unopposed motions to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). They filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal.

1

APPEAL DISMISSED.

PER CURIAM

Submitted on August 7, 2024
Opinion Delivered August 8, 2024

Before Golemon, C.J., Johnson and Wright, JJ.